## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PAULA BROWNSTEIN,
2060 Prosser Avenue
Los Angeles, CA 90025

        Plaintiff,

        v.

MERCK AND COMPANY,
a successor to White Labs, Schering
Corporation and Schering Plough Corporation
P.O. Box 4
West Point, PA 19486

        Defendant.

Civil Action No. 14-1705

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(b) and 1146, Defendant Merck and Company ("Merck")

gives notice of its removal to the United States District Court for the District of Columbia of this

proceeding, filed in the Superior Court of the District of Columbia, Civil Division, under caption

*Paula Brownstein v. Merck and Company*, Civil Action No. 2014 CA 005958 B.  Merck further

states the following:

      1.       Plaintiff filed the Complaint on September 19, 2014.  In accordance with 28

U.S.C. § 1446(a), a copy of the Complaint, Summons, Information Sheet, and Initial Order and

Addendum are attached as Exhibit A.  These documents are all process, pleadings, and orders to

date in the action.

      2.       Merck was served with the Complaint via registered mail, return receipt requested

on or about September 26, 2014.  Therefore, this removal is timely in accordance with 28 U.S.C.

§ 1446(b).

3.      Merck removes this case based on federal diversity jurisdiction under 28 U.S.C. §

1332.  The amount in controversy exceeds $75,000. *See* Compl. at 15.  There is complete

diversity of citizenship between the Plaintiff, a citizen of California, *see* Compl. at 1, and the

Defendant, a New Jersey corporation with its principal place of business in New Jersey.

4.      The United States District Court for the District of Columbia is the federal

judicial district encompassing the Superior Court of the District of Columbia, where this suit was

originally filed.  Venue is therefore proper in this District under 28 US.C. § 1441(a).

5.      In accordance with 28 U.S.C. § 1446(d), Merck will promptly give written notice

of this Notice of Removal to Plaintiff's counsel and file a copy of the same with the Clerk of the

Superior Court of the District of Columbia, Civil Division.  Copies of the Notice of Filing

Removal and Notice to Plaintiff of Filing Removal are attached as <u>Exhibits B and C</u>.

Dated:  October 14, 2014                          Respectfully submitted,


                                                  _____*/s/ Brianna Lynn Silverstein*_____
                                                  Brianna Lynn Silverstein (#997831)
                                                  DRINKER BIDDLE & REATH LLP
                                                  1500 K Street, N.W., Suite 1100
                                                  Washington, D.C. 20005-1209
                                                  Tele: (202) 230-5136
                                                  Brianna.Silverstein@dbr.com

                                                  *Counsel for Defendant Merck and Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th of October, 2014, I caused a true and correct copy of the

foregoing Notice of Removal to be sent by U.S. Mail, postage prepaid, to counsel for Plaintiff,

addressed as follows:

> Aaron M. Levine
> 111 16th Street, NW, Suite 400
> Washington, D.C. 20036

*/s/ Brianna Lynn Silverstein*
Brianna Lynn Silverstein
